

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Kenneth Earl Thomas, Jr., Appellant | Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 49503-B). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating. |
| No. 06-21-00138-CR v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Kenneth Earl Thomas, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 3, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk